**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **Criminal No. 09-00094-CG** |
| | * | |
| **MARLON RAYFORD WADE, II** | * | |

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the Indictment in the above-entitled case, the United States sought forfeiture of property used to facilitate drug transactions of defendant Wade, and/or property which represented drug proceeds, to the United States of America pursuant to Title 21, United States Code, Section 853;

AND WHEREAS, based upon the guilty verdict as to Count One of the Indictment, charging a violation of Title 21, United States Code, Section 846, and the oral consent by the defendant Wade in open Court, after the return of the verdict, to forfeit the firearm listed in Count Three of the indictment, alleging that certain seized assets identified therein were subject to forfeiture pursuant to Title 21, United States Code, Section 853, and based on the defendant Wade's oral agreement that the United States could destroy the firearm listed in Count Three of the indictment, and for the reasons stated it is;

ORDERED, ADJUDGED AND DECREED, that pursuant to Title 21, United States Code, Sections 846 and 853, and Federal Rule of Criminal Procedure 32.2(b), the interests of defendant Wade, in the following is hereby condemned and forfeited to the United States for disposition according to law:

(1)     One 9 mm Stallard Arms Pistol, Serial Number 063571.

1

AND WHEREAS, by virtue of said guilty verdict and the defendant Wade's consent, the United States is now entitled to, and it should, pending possible appeal herein, reduce the above-described asset to its possession and notify any and all potential third parties who have or may have an interest in any of the above-described asset, pursuant to Title 21, United States Code, Section 853 and Rule 32.2(b) of the Federal Rules of Criminal Procedure.

NOW THEREFORE, IT IS HEREBY **ORDERED, ADJUDGED AND DECREED:**

That based on the defendant's agreement and the guilty verdict, and Fed.R.Crim.P. 32.2(b)(3), the right, title and interests of defendant Wade, in the above-described asset is hereby forfeited to and vested in the United States of America for disposition in accordance with law, subject to the provisions of Title 18, United States Code, Section 853(n).

That the aforementioned forfeited above-described asset is to be held by the United States Marshals Service in their secure custody and control.

That pursuant to Title 21, United States Code, Section 853(n)(1), and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, the United States shall publish notice of this order on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days and advise that any person, other than the

defendant Wade, having or claiming a legal interest in the above-described forfeited above-described asset must file a petition with the Court within thirty (30) days of the final publication of notice or of their receipt of actual notice, whichever is earlier.  The notice shall be as to the aforementioned forfeited above-described asset.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in above-described asset, shall be signed by the petitioner under

2

penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited above-described asset and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the above-described asset that is the subject of the Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.

After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

The United States shall have clear title to the above-described asset following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in Title 21, United States Code, Section, 853(n)(2) for the filing of third-party petitions.

Pursuant to Fed. R. Crim. P. 32.2(b)(3), and the agreement by the parties, this Preliminary Order of Forfeiture shall become final as to the defendant upon the execution of this Order and shall be made part of the sentence included in the judgment.  If no third party files a timely claim, this Preliminary Order of Forfeiture shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2).

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

The Clerk of the Court shall forward three (3) certified copies of this Order to Assistant

U.S. Attorney Deborah A. Griffin, Southern District of Alabama.

DONE and ORDERED this 20th day of August, 2009.

/s/ Callie V. S. Granade

CHIEF UNITED STATES DISTRICT JUDGE