

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | *    **CRIMINAL NO. 09-00094-CG** |
| v. | * |
| | * |
| **MARLON RAYFORD WADE, II** | * |

### FINAL JUDGMENT OF FORFEITURE

**WHEREAS**, on July 17, 2009, a Jury Verdict was rendered against the Defendant, **MARLON RAYFORD WADE, II**, in which said defendant was found guilty as charged in Count One of the Indictment, charging him with intent to distribute cocaine, a Schedule II controlled substance, in violation of Title 21 U.S.C. §841(a)(1). In open court, Wade agreed to immediately forfeit to the United States all of the his right, title, and interest to the following property, which is set forth in Count Three of the Indictment, and which is forfeitable to the United States pursuant to Title 21, United States Code, Section 853:

**One 9-mm Stallard Arms Pistol, Serial Number 063571,** and

**WHEREAS**, pursuant to the jury's verdict, Wade's consent in open court to forfeiture of the above referenced firearm this court entered a Preliminary Order of Forfeiture, in which Wade's interest in the above referenced firearm was forfeited to the United States and the United States was ordered to publish notice of the forfeiture pursuant to Title 21, U.S.C. 853(n)(1) and,

**WHEREAS**, the United States properly published notice of the forfeiture of the above-described property and the requirements for filing a claim for the property for 30

consecutive days starting August 25, 2009, on www.forfeiture.gov. A Proof of Publication was filed on September 29, 2009, (Doc. 86), specifying the details of this publication. No third-parties have come forward to assert an interest in the subject property in the time required under Title 21, U.S.C., § 853(n).

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the following property is forfeited to the United States of America pursuant to Title 21, United States Code, Section 841(a)(1) and 853, Title 18, United States Code, Section 982(b)(1) and Federal Rule of Criminal Procedure 32.2(b), for disposition according to law:

**One 9-mm Stallard Arms Pistol, Serial Number 063571; and**

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward three (3) certified copies of this Order to Assistant United States Attorney Darryl A. Atchison.

DONE and ORDERED this 8th day of December, 2009.

_Callie V.S. Granade_
CALLIE V.S. GRANADE
CHIEF UNITED STATES DISTRICT JUDGE