IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO 09-00094-CG-B |
| MARLON RAYFORD WADE, II, : | |
| Defendant. : | |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this court.

It is **ORDERED** that the defendant's motion for leave to appeal <u>in forma pauperis</u> (Doc. 181), with regard to his appeal of this court's order denying his motion for emergency bond and motion for release on personal recognizance (Doc. 178), is **DENIED**.

**DONE and ORDERED** this 18th day of January, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE