IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARLON RAYFORD WADE, II,** : | |
| : | |
| Petitioner, : | |
| : | CRIMINAL CASE NO. 09-00094-CG |
| vs. : | |
| : | CIVIL ACTION NO. 10-00590-CG-B |
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Respondent. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de</u> <u>novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 be **DENIED**.  It is further **ORDERED** that Petitioner is not entitled to issuance of a certificate of appealability.

**DONE and ORDERED** this 13th day of July, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE